**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL FOOD STORES, INC, a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>ACORN-ELSTON, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.<br><br>**07 C 6891**<br><br>**JUDGE ZAGEL**<br>**MAGISTRATE JUDGE NOLAN** |

NOTICE OF REMOVAL

Defendant Acorn-Elston, LLC, in accordance with 28 U.S.C. §§ 1332, 1391, and 1446, hereby removes to this Court the lawsuit captioned *Jewel Food Stores, In.c v. Acorn-Elston, LLC.*, filed in the Circuit Court of Cook County, Illinois, Law Division. In support of this Notice of Removal, Acorn-Elston, LLC states as follows:

1. On October 19, 2007, Plaintiff filed a Complaint against Acorn-Elston, LLC in the Circuit Court of Cook County, Illinois. (A copy of the Complaint is attached as Exhibit A.)

2. Acorn-Elston, LLC was served with Plaintiff's Complaint on November 6, 2007. (A copy of the Summons is attached as Exhibit B.) No further pleadings or orders have been filed in the Circuit Court of Cook County.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the Plaintiff and Acorn-Elston, LLC have diverse citizenship and the amount in controversy exceeds $75,000.

4. Here, Plaintiff is a New York Corporation (Compl. ¶ 1). Plaintiff thus is a citizen of New York.

5. Acorn-Elston, LLC is a Delaware limited liability company and thus is a citizen of Delaware for purposes of 28 U.S.C. § 1332.

6. The amount in controversy exceeds $75,000, as Plaintiff seeks more than $1,050,000 in damages. (Compl. ¶¶ 26, 28, 32, 36, 47).

7. Venue is proper in the district under 28 U.S.C. § 1391(a), insofar as a substantial part of the events giving rise to Plaintiff's claims occurred in this district. (Compl. ¶¶ 1, 3, 4).

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this Court within 30 days of service.

9. Acorn-Elston, LLC promptly will provide written notice of the filing of this Notice of Removal to all parties of record and to the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Acorn-Elston, LLC hereby removes to this Court the lawsuit captioned *Jewel Food Stores, Inc. v. Acorn-Elston, LLC* (Circuit Court of Cook County, Illinois).

Dated: December 6, 2007

Respectfully submitted,

　s/ Ericka K. Foster
Steven T. Catlett
Bar Registration No. 6269229
Ericka K. Foster
Bar Registration No. 6283941
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive
30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
stevencatlett@paulhastings.com
erickafoster@paulhastings.com

Counsel for Defendant
ACORN-ELSTON, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2007, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system and sent a true and correct copy of the foregoing via U.S. Postal Service, First Class Mail, postage prepaid, to the following:

              Martin B. Carroll
              Adam A. Hachikian
              Fox, Hefter, Swibel, Levin & Carroll, LLP
              321 North Clark Street, Suite 3300
              Chicago, IL 60610

                                                                          s/ Ericka K. Foster
                                                               Ericka K. Foster
                                                               Counsel for ACORN-ELSTON, LLC