# EXHIBIT B

**07 C 6891**

**JUDGE ZAGEL**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-10M-1-07-05 (          )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

Jewel Food Stores, Inc., a New York corporation

v.

Acorn-Elston, LLC, a Delaware limited liability company

SUMMONS

No. _____

PLEASE SERVE
National Registered Agents, Inc.
Registered Agent for Acorn-Elston, LLC
208 S. LaSalle St., Suite 1855
Chicago, Illinois 60604

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, OCT 19 2007

Atty. No.: 39288
Name: Fox, Hefter, Swibel, Levin & Carroll, LLP
Atty. for: Plaintiff
Address: 321 North Clark Street, Suite 3300
City/State/Zip: Chicago, Illinois 60610
Telephone: (312) 224-1200

DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

Jewel Food Stores, Inc., a New York corporation

v.

Acorn-Elston, LLC, a Delaware limited liability company

2007L011235
CALENDAR/ROOM E
TIME 00:00
Breach of Contract

No. _____

PLEASE SERVE
National Registered Agents, Inc.
Registered Agent for Acorn-Elston, LLC
208 S. LaSalle St., Suite 1855
Chicago, Illinois 60604

SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, OCT 19 2007

Atty. No.: 39288
Name: Fox, Hefter, Swibel, Levin & Carroll, LLP
Atty. for: Plaintiff
Address: 321 North Clark Street, Suite 3300
City/State/Zip: Chicago, Illinois 60610
Telephone: (312) 224-1200

DOROTHY BROWN
CLERK OF COURT
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: JOHN B. COLEMAN
JOHN B. COLEMAN & AFFILIATES
4 E. 72ND STREET
APT 58
NEW YORK, NY 10021

SOP Transmittal # IL49901

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: ACORN-ELSTON, LLC
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc, or its Affiliate in the State of ILLINOIS on this 6 day of November, 2007. The following is a summary of the document(s) received:

1. **Title of Action:** JEWEL FOOD STORES -VS- ACORN ELSTON, LLC et al

2. **Document(s) served:**

   X Summons          __ Subpoena                __ Injunction
   X Complaint        __ Third Party Complaint   __ Notice of
   __ Petition        __ Demand for Jury Trial   __ Mechanics Lien
   __ Garnishment     __ Default Judgement       __ Other:

3. **Court of Jurisdiction/** IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVI
   **Case & Docket Number:** 2007L0011895

4. **Amount Claimed, if any:**

5. **Method of Service** (select one):
   X Personally served by:   X Process Server      __ Deputy Sheriff       __ U. S Marshall
   __ Delivered Via:         __ Certified Mail     __ Regular Mail         __ Facsimile
                             (Envelope enclosed)   (Envelope enclosed)
   __ Other (Explain):

6. **Date and Time of Service:** 11/6/2007 11:36:32 AM CST (GMT -6)

7. **Appearance/Answer Date:** 30 Days

8. **Plaintiff's Attorney:** FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP
   (Name, Address & Telephone Number)
   321 N. CLARK STREET
   SUITE 3300
   CHICAGO, IL 60610
   312-224-1200

9. **Federal Express Airbill #** 791428074282

10. **Call Made to:** VM - JOHN B. COLEMAN

11. **Special Comments:**

NATIONAL REGISTERED AGENTS, INC.         Copies To:

Transmitted by: Cecilia Villalpando

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  JOHN B. COLEMAN
JOHN B. COLEMAN & AFFILIATES
4 E. 72ND STREET
APT 58
NEW YORK, NY 10021

SOP Transmittal # IL49901

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: ACORN-ELSTON, LLC
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 6 day of November, 2007. The following is a summary of the document(s) received:

1. Title of Action: JEWEL FOOD STORES -VS- ACORN ELSTON, LLC et al

2. Document(s) served:
   - X Summons
   - X Complaint
   - __ Petition
   - __ Garnishment
   - __ Subpoena
   - __ Third Party Complaint
   - __ Demand for Jury Trial
   - __ Default Judgement
   - __ Injunction
   - __ Notice of
   - __ Mechanics Lien
   - __ Other:

3. Court of Jurisdiction/ IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVI
   Case & Docket Number: 2007L0011895

4. Amount Claimed, if any:

5. Method of Service (select one):
   - X Personally served by: X Process Server __ Deputy Sheriff __ U.S Marshall
   - __ Delivered Via: __ Certified Mail __ Regular Mail __ Facsimile
     (Envelope enclosed) (Envelope enclosed)
   - __ Other (Explain):

6. Date and Time of Service: 11/6/2007 11:36:32 AM CST (GMT -6)

7. Appearance/Answer Date: 30 Days

8. Plaintiff's Attorney:
   (Name, Address & Telephone Number)
   FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP
   321 N. CLARK STREET
   SUITE 3300
   CHICAGO, IL 60610
   312-224-1200

9. Federal Express Airbill # 791428074282

10. Call Made to: VM - JOHN B. COLEMAN

11. Special Comments:

NATIONAL REGISTERED AGENTS, INC.          Copies To:

Transmitted by: Cecilia Villalpando

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ACKNOWLEDGEMENT COPY