# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED DECEMBER 6, 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**07 C 6891 JUDGE ZAGEL MAGISTRATE JUDGE NOLAN**

## (a) PLAINTIFFS
JEWEL FOOD STORES, INC., a New York Corporation

## DEFENDANTS
ACORN-ELSTON, LLC, a Delaware Limited Liability Company

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Kent County, Delaware
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Martin B. Carroll and Adam A. Hachikian
Fox, Hefter, Swibel, Levin & Carroll, LLP, 321 North Clark Street, Suite 3300, Chicago, IL 60610 (312) 224-1200

Attorneys (If Known)
Steven T. Catlett and Ericka K. Foster
Paul, Hastings, Janofsky & Walker, 191 N. Wacker Drive
Chicago, IL 60606 (312) 499-6000

## II. BASIS OF JURISDICTION
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Incorporated *and* Principal Place of Business In Another State: PTF [X] 5  DEF [X] 5

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 U.S.C 1332 Diversity of citizenship. Plaintiff filed a breach of contract claim seeking $1,050,000 in damages.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 12/6/07
SIGNATURE OF ATTORNEY OF RECORD: s/ Ericka K. Foster