IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JEWEL FOOD STORES, INC**, a New York Corporation,<br><br>      **Plaintiff,**<br><br>   v.<br><br>**ACORN-ELSTON, LLC**, a Delaware Limited Liability Company,<br><br>      **Defendant.** | Case No. 07 C 6891<br><br>Judge James B. Zagel<br>Magistrate Judge Nan R. Nolan |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES, Acorn-Elston, LLC, ("Acorn-Elston") by and through its attorneys, Paul, Hastings, Janofsky & Walker, and hereby moves this Court for an enlargement of time to answer or otherwise plead. In support thereof, Defendant Acorn-Elston states:

1. Defendant Acorn-Elston recently removed this matter to this Court from the Circuit Court for Cook County.

2. Defendant Acorn-Elston seeks an extension to answer or otherwise plead until January 25, 2008. Counsel has only recently been retained in this matter.

3. Counsel for Plaintiff has declined to agree to such an extension.

4. Defendant Acorn-Elston has not previously requested any extensions in this matter.

5. The Parties will not be prejudiced by such an extension.

WHEREFORE, for the foregoing reasons, Defendant Acorn-Elston hereby respectfully requests this Honorable Court to grant Defendant until January 25, 2008 to answer or otherwise plead.

Dated: December 27, 2007

Respectfully submitted,

By: s/Ericka K. Foster
    Ericka K. Foster

Steven T. Catlett
Bar Registration No. 6269229
Ericka K. Foster
Bar Registration No. 6283941
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive
30th Floor
Chicago, IL  60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
stevencatlett@paulhastings.com
erickafoster@paulhastings.com

COUNSEL FOR DEFENDANT ACORN-ELSTON, LLC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I electronically filed the foregoing **Motion for Extension of Time to Answer or Otherwise Plead** with the Clerk of Court using the CM/ECF system which will send notification to mcarroll@fhslc.com, and sent a true and correct copy of the foregoing via U.S. Postal Service, First Class Mail, postage prepaid, to the following:

>Martin B. Carroll
>Adam A. Hachikian
>Fox, Hefter, Swibel, Levin & Carroll, LLP
>321 North Clark Street, Suite 3300
>Chicago, IL 60610

>_____s/ Ericka K. Foster_____
>Ericka K. Foster
>Counsel for ACORN-ELSTON, LLC