IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL FOOD STORES, INC., a New York Corporation, )<br>)<br>) Plaintiffs )<br>)<br>v. )<br>)<br>ACORN-ELSON, LLC, a Delaware Limited Liability Company, )<br>)<br>) Defendants. ) | Case No. 07 C 6891 |

**NOTICE OF FILING**

To:   Steven T. Catlett
      Ericka K. Foster
      Paul, Hastings, Janofsky & Walker, LLP
      191 North Wacker Drive, 30th Floor
      Chicago, IL 60606

   **PLEASE TAKE NOTICE** that we have this day filed Plaintiffs' **Appearance**, a copy of which is attached and herewith served upon you.

   Dated: December 28, 2007         By:   /s/ Martin B. Carroll
                                           One of the Attorneys for Plaintiffs

Martin B. Carroll
Adam A. Hachikian
Fox, Hefter, Swibel, Levin & Carroll, LLP
321 N. Clark Street, Suite 3300
Chicago, IL 60610
(312) 224-1200

## Certificate of Service

Under penalties of perjury provided by law, the undersigned attorney certifies that a true and correct copy of this Notice and the document described therein was served upon counsel-of-record as indicated above, by E-filing via the Court's website this 28th day of December, 2007.

By: ____/s/Martin B. Carroll_____
One of the Attorneys for Plaintiffs