IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEWEL FOOD STORES, INC, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACORN-ELSTON, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.  07 C 6891<br><br>Judge James B. Zagel<br>Magistrate Judge Nan R. Nolan |

## MOTION TO REMAND

NOW COMES, Acorn-Elston, LLC, ("Acorn-Elston") by and through its attorneys, Paul, Hastings, Janofsky & Walker, and hereby moves this Court for remand of this matter to Circuit Court for Cook County.  In support thereof, Defendant Acorn-Elston states:

1. Defendant Acorn-Elston removed this matter to this Court from the Circuit Court for Cook County on December 6, 2007.

2. Acorn-Elston removed this matter pursuant to 28 U.S.C. § 1446(b) on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a).

3. After removal, counsel for Acorn-Elston engaged in further fact investigation.  Based on new information obtained during this post-removal fact investigation, it is apparent that there no longer is diverse citizenship.

4. There is no longer a basis for diversity jurisdiction and thus this Court lacks subject matter jurisdiction over this action.

5. Accordingly, remand to the Circuit Court for Cook County is necessary and appropriate.

- 2 -

WHEREFORE, for the foregoing reasons, Defendant Acorn-Elston hereby respectfully requests this Honorable Court to remand this matter to the Circuit Court for Cook County.

Dated: January 25, 2008

Respectfully submitted,

By:     s/ Ericka K. Foster
    Ericka K. Foster

Steven T. Catlett
Bar Registration No. 6269229
Ericka K. Foster
Bar Registration No. 6283941
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive
30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
stevencatlett@paulhastings.com
erickafoster@paulhastings.com

COUNSEL FOR DEFENDANT ACORN-ELSTON, LLC

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2008, I electronically filed the foregoing **Motion To Remand** with the Clerk of Court using the CM/ECF system which will send notification to mcarroll@fhslc.com and ahachikian@fhslc.com, and sent a true and correct copy of the foregoing via U.S. Postal Service, First Class Mail, postage prepaid, to the following:

        Martin B. Carroll
        Adam A. Hachikian
        Fox, Hefter, Swibel, Levin & Carroll, LLP
        321 North Clark Street, Suite 3300
        Chicago, IL 60610

                s/ Ericka K. Foster
                Ericka K. Foster
                Counsel for ACORN-ELSTON, LLC

LEGAL_US_E # 78039934.1