IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JEWEL FOOD STORES, INC**, a New York Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**ACORN-ELSTON, LLC**, a Delaware Limited Liability Company,<br><br>**Defendant.** | Case No. 07 C 6891<br><br>Judge James B. Zagel<br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

TO: Martin B. Carroll
 Adam A. Hachikian
 Fox, Hefter, Swibel, Levin & Carroll, LLP
 321 North Clark Street, Suite 3300
 Chicago, IL 60610

On, **January 29, 2008** at **10:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before **Judge James B. Zagel** in **Room 2503** in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the attached **Motion To Remand**, at which time you may appear if you see fit to do so.

Dated this 25th day of January 2008.

Respectfully submitted,

By: s/Ericka K. Foster
 Ericka K. Foster

Steven T. Catlett (IL 6269229)
Ericka K. Foster (IL 6283941)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
stevencatlett@paulhastings.com
erickafoster@paulhastings.com
Counsel for ACORN-ELSTON, LLC

LEGAL_US_E # 78039643.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of Court using the CM/ECF system which will send notification to mcarroll@fhslc.com and ahachikian@fhslc.com, and sent a true and correct copy of the foregoing via U.S. Postal Service, First Class Mail, postage prepaid, to the following:

>Martin B. Carroll
>Adam A. Hachikian
>Fox, Hefter, Swibel, Levin & Carroll, LLP
>321 North Clark Street, Suite 3300
>Chicago, IL 60610

>_____s/ Ericka K. Foster_____
>Ericka K. Foster
>Counsel for ACORN-ELSTON, LLC